# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Todd J. Roberts | Atty Name (if applicable): | Todd J. Roberts |
| Street Address: | 16601 Ventura Blvd. Fourth Floor  Encino, CA 91436 | CA Bar No. (if applicable): | 181945 |
| Filer's Telephone No.: | 818 906-8000 | Atty Fax No. (if applicable): | 818 906-8099 |

In re: James Edward Crisman  
Janet Marie Crisman

Case No. 1:15-bk-10478 MB  
Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes ☑  No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A☐  B☐  C☐  D☑  E☑  F☑  G☑  H☐  I☐  J☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐        Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, James Edward Crisman and Janet Marie Crisman, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: April 21, 2015

*James Edward Crisman*  
Debtor Signature

*Janet Marie Crisman*  
Co-Debtor Signature

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

B-1008 Revised November 2011

# United States Bankruptcy Court
## Central District of California

In re  James Edward Crisman,
       Janet Marie Crisman

Case No. __1:15-bk-10478 MB__

Debtors,

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 45,950.08 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 241,461.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,188.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,886.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 45,950.08 | | |
| Total Liabilities | | | | 241,461.00 | |

In re   **James Edward Crisman,**
  **Janet Marie Crisman**
                        Debtors

Case No.  **1:15-bk-10478 MB**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
|  **0** continuation sheets attached |  |  | Subtotal (Total of this page) |  |  |  |  |  |
|  |  |  | Total (Report on Summary of Schedules) |  |  |  | 0.00 | 0.00 |

In re   James Edward Crisman,                                        Case No.  __1:15-bk-10478 MB__
        Janet Marie Crisman

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Express<br>888 So. Figueroa St.<br>Los Angeles, CA 90017 | | C | 02/09/2001<br>credi card | | | | 20,369.00 |
| Account No.<br><br>American Express<br>P.O. Box 36002<br>Ft. Lauderdale, FL 33336-0002 | | C | 2008<br>credit card | | | | 17,418.00 |
| Account No.<br><br>Bank of America<br>P.O. BOX 60069<br>City Of Industry, CA 91716 | | C | 03/26/2002<br>credit card | | | | 2,140.00 |
| Account No. 3995<br><br>Bank of America<br>P.O. BOX 60069<br>City Of Industry, CA 91716 | | C | 09/01/2007<br>credit card | | | | 7,859.00 |
| Account No.<br><br>Bank of America<br>P.O. BOX 60069<br>City Of Industry, CA 91716 | | C | 1/2009<br>credit card | | | | 32,140.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     79,926.00

In re   James Edward Crisman,
        Janet Marie Crisman

Case No. __1:15-bk-10478 MB__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SIV Inc.** <br><br> Ben Yazdi Tabar <br> 7220 Alabama unit A <br> Canoga Park, CA 91303 | X | C | 2/2013 <br> Commerical lease, debtors reject as to personal guranty- | | | | 0.00 |
| Account No. **2478** <br><br> Capital One Bank <br> PO box 26625 <br> Richmond, VA 23285 | | C | 11/01/1999 <br> credit card | | | | 72.00 |
| Account No. **0192** <br><br> Chase <br> 4915 Independence Pkwy <br> Tampa, FL 33634 | | C | 09/01/1995 <br> credit card | | | | 12,500.00 |
| Account No. **4828** <br><br> Chase <br> 800 Broodsedge Blvd. <br> Westerville, OH 43081 | | C | 03/01/1999 <br> credit card | | | | 20,970.00 |
| Account No. **7915** <br><br> Chase <br> 4915 Independence Pkwy <br> Tampa, FL 33634 | | C | 07/01/2003 <br> credit card | | | | 6,925.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **40,467.00**

In re  James Edward Crisman,
        Janet Marie Crisman
                                                    Debtors,

Case No. __1:15-bk-10478 MB__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase<br>4915 Independence Pkwy<br>Tampa, FL 33634 | | C | 10/01/2003<br>credit card | | | | 0.00 |
| Account No.<br><br>citi bank<br>P.O. Box 790110<br>Saint Louis, MO 63179 | | C | 12/01/2002<br>credit card | | | | 18,901.00 |
| Account No.<br><br>Discover Financial Services<br>P.O. BOX 3008<br>New Albany, OH 43054-3008 | | C | 1107/1988<br>credit card | | | | 14,147.00 |
| Account No. 0806<br><br>HSBC<br>P.O. BOX 98706<br>Las Vegas, NV 89193 | | C | 04/01/1993<br>credit card | | | | 18,765.00 |
| Account No. 1560064158066<br><br>JPMorgan Chase Bank, N.A.<br>Office of the President<br>Attn: Managing or Serving Agent<br>1111 Polaris Parkway<br>Columbus, OH 43240 | | C | 2006<br>Notice Only- extinguished 2nd mortgage on debtors' foreclosed property (See SOFA #5) Subject to setoff. | X | X | X | 0.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  51,813.00

In re   James Edward Crisman,
        Janet Marie Crisman
                                                           Debtors

Case No. __1:15-bk-10478 MB__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1425336466  Kinecta Federal Credit Union  1 Corporate Drive, Suite 360  Lake Zurich, IL 60047 | | C | 2006  Notice Only (former 1st dot) on foreclosed property (See SOFA #5) -Possible recourse note and attorneys fees claim in defending Debtors' lawsuit for wrongfull forelcosure et al (See SOFGA #4)  Subject to setoff. | X | X | X | 0.00 |
| Account No. 5587  Lowe's  P.O. BOX 530914  Atlanta, GA 30353 | | C | 09/01/2007  charge account | | | | 1,631.00 |
| Account No. E1-LLC  Nick Lin  19914 Lassen Street  Chatsworth, CA 91311 | | C | 2008-2010  commerical rent- Notice Only  Subject to setoff. | X | X | X | 0.00 |
| Account No. xxxxxxxxxxxx2138  Select Portfolio Servicing, Inc.  P.O. BOX 65250  Attn: Bankruptcy Dept.  for GE Money Bank  Salt Lake City, UT 84165 | | C | 1/2014  credit card | | | | 1,628.00 |
| Account No. 5587  Wells Fargo Card Services  P.O. BOX 30086  Los Angeles, CA 90030 | | C | 03/01/2006 | | | | 4,642.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  7,901.00

In re  James Edward Crisman,
       Janet Marie Crisman

Case No. __1:15-bk-10478 MB__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 14R11076<br><br>William Vogel<br>4734 Athos Way<br>Oceanside, CA 91256 | X | C | 8/2014-11/2014<br>Unpaid , pre-petition portion , of commercial lease. To be surrendered | X | | | 32,600.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 32,600.00

Total (Report on Summary of Schedules): 241,461.00

B6G (Official Form 6G) (12/07)

In re  James Edward Crisman,  
      Janet Marie Crisman

Case No. __1:15-bk-10478 MB__

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ben Yazdi Tabar<br>7220 Alabama unit A<br>Canoga Park, CA 91303 | Commerical lease, debtor rejects as to personal guarantees. |
| William Vogel<br>4734 Athos Way<br>Oceanside, CA 91256 | Commerical lease, debtor rejects as to personal guarantees. Lease expires by its own terms on May, 2015 and Landlord will not re-new. Motion for Relief set for heairng in May 6, 2015, debtor will not oppose and vacate as soon as possible. |

0  
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   April 21, 2015                             Livier Mejia
                                                    Print or Type Name

                                                    _____
                                                    Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2011*

James Edward Crisman
16809 Marilla Street
Northridge, CA 91343


Janet Marie Crisman
16809 Marilla Street
Northridge, CA 91343


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Boulevard
4th Floor
Encino, CA 91436


Alpert, Barr & Grant, ALPC
Attorneys for William Vogel
6345 Balboa Blvd., Suite 300
Encino, CA 91316


American Express
888 So. Figueroa St.
Los Angeles, CA 90017


American Express
P.O. Box 36002
Ft. Lauderdale, FL 33336-0002


Assured Lender Services
2552 Walnut Avenue, #220
Tustin, CA 92780


Bank of America
P.O. BOX 60069
City Of Industry, CA 91716

Ben Yazdi Tabar
7220 Alabama unit A
Canoga Park, CA 91303


Capital One Bank
PO box 26625
Richmond, VA 23285


Chase
4915 Independence Pkwy
Tampa, FL 33634


Chase
800 Broodsedge Blvd.
Westerville, OH 43081


citi bank
P.O. Box 790110
Saint Louis, MO 63179


Discover Financial Services
P.O. BOX 3008
New Albany, OH 43054-3008


Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Ste#240
Sherman Oaks, CA 91403


HSBC
P.O. BOX 98706
Las Vegas, NV 89193

```
JPMorgan Chase Bank
1111 S. Polaris Pkwy
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
Office of the President
Attn: Managing or Serving Agent
1111 Polaris Parkway
Columbus, OH 43240


Kinecta federal C U
PO Box 7168
Pasadena, CA 91109


Kinecta Federal Credit Union
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


Kinecta Federal Credit Union
21440 Victory Blvd.
Woodland Hills, CA 91367


Lowe's
P.O. BOX 530914
Atlanta, GA 30353


Martin W. Phillips, Esq.
Attorneys for Kinecta
8180 E. Kaiser Boulvard, Suite 100
Anaheim, CA 92808


Nick Lin
19914 Lassen Street
Chatsworth, CA 91311
```

Romine Law Office
Attn: Tiffany Romine, Esq.
State Court Counsel for debtors
655 N. central Avenue #1700
Glendale, CA 91203


Select Portfolio Servicing, Inc.
P.O. BOX 65250
Attn: Bankruptcy Dept.
for GE Money Bank
Salt Lake City, UT 84165


Select Portfolio Servicing, Inc.
3815 Sourth West Temple
Salt Lake City, UT 84115-4412


SIV Inc.
21505 Sherman Way
Canoga Park, CA 91303


State Board of Equal-101436268
Attn: Mike Edwards
4820 McGrath Street, Suite 260
Ventura, CA 93003


State Board of Equalization
SRAA99625940
P.O. Box 942879
Sacramento, CA 94279


State Board of Equalization
15350 Sherman Way, Suite 250
Van Nuys, CA 91409


Wells Fargo Card Services
P.O. BOX 30086
Los Angeles, CA 90030

```
William Vogel
4734 Athos Way
Oceanside, CA 91256
```